to have been occasioned to relator's property by a change of grade.

*John R. McMullen* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Charles J. Nehrbas* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

———————

JACOB NEU et al., Copartners under the Firm Name of NEU, GILCHRIST & SPEDICK, Respondents, *v.* WILLIAM J. FOX, Defendant.

JOHN A. SCHWARZ, Appellant.

*Neu* v. *Fox*, 151 App. Div. 17, affirmed.
(Submitted November 19, 1912; decided December 3, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1912, which reversed an order of Special Term granting a motion to vacate an order for execution against defendant's salary upon the ground that said order was granted by the court and not by a judge or justice.

*Robert L. Turk, William H. Burby* and *Henry I. Kowalsky* for appellant.

*Alfred F. Gilchrist* and *C. Elmer Spedick* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.